```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 14516
    EDDIE MANUEL SMITH JR
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-7492


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
    The case was filed on 08/10/2007 and was not confirmed.

    The case was dismissed without confirmation 10/29/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------

PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     1194.33            .00            .00
CHASE HOME FINANCE LLC    CURRENT MORTG         .00            .00            .00
CHASE MANHATTAN MORTGAGE  NOTICE ONLY      NOT FILED           .00            .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE   15000.00             .00            .00
MIDWEST TITLE LOAN        SECURED VEHIC     647.00             .00            .00
ROUNDUP FUNDING LLC       UNSEC W/INTER     827.03             .00            .00
ASPIRE                    UNSEC W/INTER   NOT FILED            .00            .00
ASPIRE                    NOTICE ONLY     NOT FILED            .00            .00
CHASE                     UNSEC W/INTER   NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER     634.68             .00            .00
FIRST NATIONAL BANK OF M  NOTICE ONLY     NOT FILED            .00            .00
FIRST PREMIER BANK        UNSEC W/INTER   NOT FILED            .00            .00
HOUSEHOLD                 UNSEC W/INTER   NOT FILED            .00            .00
MOUNT SINAI HOSPITAL      UNSEC W/INTER   NOT FILED            .00            .00
MT SINAI HOSPITAL MEDICA  NOTICE ONLY     NOT FILED            .00            .00
ORCHARD BANK              UNSEC W/INTER   NOT FILED            .00            .00
ORCHARD BANK              NOTICE ONLY     NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER   NOT FILED            .00            .00
CODILIS & ASSOCIATES      NOTICE ONLY     NOT FILED            .00            .00
PETER FRANCIS GERACI      DEBTOR ATTY      2,400.00                           .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 14516 EDDIE MANUEL SMITH JR
```

```
                          ---------------        ---------------
TOTALS                               .00                    .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 01/22/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
         CASE NO. 07 B 14516 EDDIE MANUEL SMITH JR
```